```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 41524
   NICHOLAS PAUL CHROMEK
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3337

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/28/2005 and was confirmed 11/17/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  51.02%.

    The case was paid in full 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         2471.02           .00       1260.71
AMERICAN MORTGAGES & FIN  SECURED NOT I   NOT FILED           .00           .00
CHRYSLER FINANCIAL SVC A  UNSECURED         7896.61           .00       4028.85
HARRIS NA                 SECURED          13183.78        836.59      13183.78
HARRIS NA                 UNSECURED       NOT FILED           .00           .00
BANK OF AMERICA NA        UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED         8051.32           .00       4107.78
RESURGENT CAPITAL SERVIC  UNSECURED         6138.48           .00       3131.85
CITI CARDS                UNSECURED       NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED       NOT FILED           .00           .00
ECMC                      UNSECURED         8895.52           .00       4538.49
ROUNDUP FUNDING LLC       UNSECURED         4453.94           .00       2272.40
ECAST SETTLEMENT CORP     UNSECURED         2668.27           .00       1361.35
RESURGENT CAPITAL SERVIC  UNSECURED        11044.81           .00       5635.06
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                       2,843.20
DEBTOR REFUND             REFUND                                        1,110.58

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              47,010.64

PRIORITY                                             .00
SECURED                                        13,183.78
   INTEREST                                       836.59
UNSECURED                                      26,336.49
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            2,843.20
DEBTOR REFUND                                   1,110.58
                                            ---------------    ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 41524 NICHOLAS PAUL CHROMEK
```

```
TOTALS                                   47,010.64             47,010.64
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```